United States District Court
District of Massachusetts

UNITED STATES OF AMERICA

v.                                                   CR 94 10270 JLT

WILLIAM QUILES

### AMENDED JUDGMENT OF REVOCATION

TAURO, D.J.

December 3, 2008

The defendant having come before me on **November 19, 2008 for the purpose of a Revocation of Supervised Release hearing** as described in the United States Probation Petition for Warrant dated February 22, 2008, it is the finding of this Court that the defendant violated the terms of supervised release conditions.

Therefore, sentence is imposed as follows: TIME SERVED.

1. SUPERVISED RELEASE IS REVOKED.

2. DEFENDANT IS SENTENCED TO 18 MONTHS OF SUPERVISED RELEASE, OF WHICH SIX MONTHS ARE TO BE AT THE COOLIDGE HOUSE.

3. STANDARD CONDITIONS OF SUPERVISED RELEASE TO REMAIN IN EFFECT, AS WELL AS, SPECIAL CONDITION THAT THE DEFENDANT PARTICIPATE IN A SUBSTANCE ABUSE TREAT PROGRAM WITH TESTING IS IMPOSED.

SO ORDERED,

JOSEPH L. TAURO,
U.S.D.J.

12/3/08